UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-4977 GHK (PLAx) | Date | September 30, 2016 |
|---|---|---|---|
| Title | *Yvonne Apelian v. Allstate Insurance Company, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | | |
|---|---|---|---|
| Kristee Hopkins | CS 9/30/2016 | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

Bradford Lee Treusch  Suzanne Badawi
Keith Berlin

**Proceedings:**  **MINUTE ORDER REGARDING: (1) SETTLEMENT CONFERENCE; AND (2) ORDER TO SHOW CAUSE**

Case called. Appearances announced.

The Court noted Allstate Insurance Company's ("Defendant") failure to: (1) participate in good faith; and (2) comply with the Court's Order issued on September 19, 2016, [Dkt. No. 16].

The Court awarded reasonable attorneys' fees and costs in the amount of $12,500 to Plaintiff's counsel.

The Court issued an Order to Show Cause why Defendant and Defendant's counsel should not be sanctioned in the amount of $1,000 each.

The Court scheduled an Order to Show Cause hearing to be held on November 3, 2016 at 2:00 p.m. in Courtroom 790 at the Los Angeles Roybal Courthouse.

*It is so ordered.*

cc:  Hon. George H. King, U.S. District Judge
Parties of Record

5 : 30
Initials of Preparer  kh